UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

Elcom Sales, Inc.

                          Plaintiff           STIPULATION OF
                                                VOLUNTARY
                                                DISMISSAL

vs.                                                     Civil No.  12-cv-6571

Texas Instruments Incorporated

                          Defendant
_____

    IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a), by and between Plaintiff, Elcom Sales, Inc., and Defendant, Texas Instruments Incorporated, as follows:

    1. This action was commenced on September 20, 2012, with the Plaintiff filing a civil action In New York State Supreme Court, County of Monroe, Index No. 12/10484. The foregoing case was removed to this Court and filed on October 24, 2012 as Civil Action 12-cv-6571.

    2. This action is not a class action, a Receiver has not been appointed and the action is not governed by any statute of the United States that requires an Order of the Court for dismissal.

3. This action is hereby dismissed, in its entirety, with prejudice of the litigation matters in the case.

Dated: November 6, 2012

By: _____
David A. Loftus, Esq.
Attorney for Plaintiff Elcom Sales, Inc.
1583 East Genesee Street
Skaneateles, New York 13152
Tel. 315-685-5768
david@davidloftuslaw.com

Dated: November 13, 2012

NIXON PEABODY LLP

By: _____
Carolyn G. Nussbaum, Esq.
Meghan K. McGuire, Esq.
Attorneys for Defendant Texas
Instruments Incorporated
1300 Clinton Square
Rochester, New York 14604
Tel. 585-263-1558
cnussbaum@nixonpeabody.com

SO ORDERED.

_____
CHARLES J. SIRAGUSA
U.S. District Judge
DATE 11-14-12